UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHELLEY GIPSON,**

   Plaintiff,

v.                                                           No. 4:22-cv-0730-P

**WEATHERFORD COLLEGE,**

   Defendant.

## ORDER

On January 31, 2023, the Court ordered all Counsel of record for all Parties to read: (1) *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) the Texas Lawyer's Creed; and (3) the Texas Rules of Professional Conduct. ECF No. 63. Counsel was then instructed to certify to the Court *via an affidavit* that they have read, understand, and will comply with these three documents throughout the remainder of this litigation. *Id.* (emphasis added). The Court cautioned Counsel that a failure to comply with its Order would result in monetary sanctions. *Id.*

Despite these unambiguous instructions, Plaintiff's counsel Kevin M. Duddlesten and Defendant's counsel John L. Ross both failed to comply with the Court's Order by filing declarations instead of affidavits that were witnessed and authenticated by a notary public or commissioner of oaths. *See* ECF Nos. 64, 65. Accordingly, the Court concludes that sanctions should be imposed on Mr. Duddlesten and Mr. Ross in the amount of $250 each.

The Court therefore **ORDERS** Mr. Kevin M. Duddlesten and Mr. John L. Ross to **each pay $250** to the **Clerk of the Court for the Fort Worth Division of the Northern District of Texas by 5:00 p.m. on Friday, February 3, 2023**. The Clerk of the Court is **INSTRUCTED** to accept their payments in accordance with this Order.

In addition, the Clerk of the Court is **INSTRUCTED** to **STRIKE** and **UNFILE** Mr. Duddlesten's declaration (ECF No. 64) and Mr. Ross's declaration (ECF No. 65). Counsel shall comply with the Court's prior Order instructing them to read the abovementioned documents and certify their reading to the Court via an affidavit **by 5:00 p.m. on Friday, February 3, 2023**. A failure to do so will result in additional sanctions, including monetary penalties.

**SO ORDERED** on this **1st day** of **February 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE