IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHELLEY GIPSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 4:22-cv-00730-P |
| ) | |
| WEATHERFORD COLLEGE OF THE ) | (JURY DEMANDED) |
| PARKER COUNTY JUNIOR ) | |
| COLLEGE DISTRICT ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF KEVIN M. DUDDLESTEN

STATE OF TEXAS §
§
COUNTY OF DALLAS §

Kevin M. Duddlesten, being first duly sworn upon oath, deposes and says as follows:

1. My name is Kevin M. Duddlesten. I am an attorney in the law firm of Duddlesten Law Group PLLC and am counsel of record for Plaintiff Shelley Gipson in this matter. I am more than 21 years old, am of sound mind, suffer no legal disabilities, and am competent to give this Affidavit. The facts stated in this Affidavit are based on my personal knowledge and are true and correct.

2. In accordance with the Court's order [ECF 63], I read *Dondi Properties Corp., v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988), the Texas Lawyer's Creed, and the Texas Rules of Professional Conduct on January 31, 2023.

3. Having read and understood each of these documents, I certify that I will comply with all three documents throughout the remainder of this litigation.

*[Signature]*
Kevin M. Duddlesten

SUBSCRIBED AND SWORN TO BEFORE ME by the said Kevin M. Duddlesten, this 2nd day of February, 2023

*[Signature]*
NOTARY PUBLIC, STATE OF TEXAS

ISA NICHELL ACOSTA
My Notary ID # 134085201
Expires December 1, 2026

MY COMMISSION EXPIRES: Dec. 2026