UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHELLEY GIPSON,**

   Plaintiff,

v.                            **No. 4:22-cv-0730-P**

**WEATHERFORD COLLEGE**

   Defendant.

### ORDER

Before the Court is Defendant's Motion for Summary Judgment ("Motion"). ECF No. 28. Having reviewed the Motion and the applicable law, the Court concludes that there are genuine disputes of material facts that prevent judgment from being rendered as a matter of law. Therefore, the Motion should be, and it is hereby, **DENIED.**

**SO ORDERED** on this **10th day** of **February 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE