IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHELLEY GIPSON, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| VS. § | CA No. 4:22-cv-00730-P |
| § | |
| WEATHERFORD COLLEGE OF THE PARKER § | |
| COUNTY JUNIOR COLLEGE DISTRICT, § | |
| § | |
| DEFENDANT. § | |

**AGREED MOTION TO DISMISS**

Pursuant to *Fed. R. Civ. P.*, Rule 41(a)(2), the parties jointly move for dismissal of all claims with prejudice to refiling same and with costs of suit and attorney fees taxed to the party incurring same. The parties have amicably resolved all disputes between them. Attached is the proposed agreed form of judgment.

Respectfully Submitted,

*/s/ Kevin M. Duddlesten*
**KEVIN M. DUDDLESTEN**
Texas State Bar No. 00793644

**DUDDLESTEN LAW GROUP, PLLC**
4347 W. Northwest Hwy.
Suite 130, PMB 325
Dallas, Texas 75220
Telephone:  (214) 833-5228
Fax:           (469) 457-6785
Email: kevin@duddlestenlawgroup.com

**ATTORNEY FOR PLAINTIFF**

1

*/s/ John L. Ross*
**JOHN L. ROSS**
State Bar No. 17303020

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street
Suite 2500
Dallas, Texas 75201
Telephone: (214) 871-8206
Fax:  (214) 871-8209
Email:  jross@thompsoncoe.com

**ATTORNEY FOR DEFENDANT**